UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21008-CIV-DIMITROULEAS

M.M., et al.,

      Plaintiffs,

vs.

IGENOMIX, USA, INC.,
VITROLIFE GROUP, VITROLIFE AB,
and VITROLIFE, Inc.,

      Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION; STAYING PROCEEDINGS

THIS CAUSE is before the Court on Defendants' Motions to Dismiss and/or Compel Arbitration [DE's 26, 27, 49] and the January 27, 2026 Omnibus Report and Recommendation of United States Magistrate Judge D'Angelo (the "Report") [DE 70]. Judge D'Angelo held a hearing on the Motions on January 20, 2026, in which she heard argument from counsel. *See* [DE's 66, 73]. The Court has conducted a *de novo* review of the Report [DE 70], the record, Defendants Igenomix USA, INC. and Vitrolife Inc.'s Objections to the Magistrate Judge's Report and Recommendation [DE 71/72], and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc*., 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784

(citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and Defendants' Objections to Magistrate Judge's Report and Recommendation. Upon the Court's careful review, the Court agrees with the Magistrate Judge's thorough analysis and conclusions as set forth in the Report [DE 70].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 70] is hereby **APPROVED**;

2. Defendants Igenomix USA, INC. and Vitrolife Inc.'s Objections to the Magistrate Judge's Report and Recommendation [DE 71/72] are **OVERRULED**;

3. Defendant Vitrolife AB's Motion to Dismiss for Lack of Personal Jurisdiction [DE 49] is **GRANTED**;

4. Defendant Vitrolife AB is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(2);

5. Defendants Igenomix USA, INC. and Vitrolife Inc.'s Motions to Compel Arbitration [DE's 26, 27] are **GRANTED IN PART AND DENIED IN PART**;

6. The parties are hereby **COMPELLED** to arbitrate Plaintiffs' claims for breach of implied warranty of merchantability in Count Eleven, breach of implied warranty of usability in Count Twelve, breach of express warranty in Count Fifteen, and unjust enrichment in Count Sixteen against Igenomix USA, Inc. and Vitrolife, Inc.;

7.  Defendants Igenomix USA, INC. and Vitrolife Inc.'s Motions to Compel Arbitration [DE's 26, 27] are **DENIED** as to Plaintiffs' remaining claims against Igenomix USA, Inc. and Vitrolife, Inc. for unfair and deceptive trade practices in Counts One through Ten and fraud in Counts Thirteen and Fourteen;

8.  This action is hereby **STAYED** pending arbitration;

9.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Magistrate Judge D'Angelo